Ethyl F. Murphy et al., Respondents, *v.* Bruno-New York, Inc., et al., Appellants, Impleaded with Others.

Submitted February 20, 1939; decided February 28, 1939.

*Rudolph J. Safarik* and *Raymond J. Grote* for motion.
*S. E. Martinson* opposed.

Motion denied, with ten dollars costs and necessary printing disbursements. No final determination.